UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| NORMAN F. WRIGHT, | ) |
| Plaintiff, | ) |
| v. | ) No.: 2:16-CV-77-RLJ-MCLC |
| PROBATION AND PAROLE BOARD and STATE PROBATION OFFICERS, | ) |
| Defendants. | ) |

## ORDER

This is a prisoner's pro se civil rights action filed under 42 U.S.C. § 1983. In accordance with the accompanying memorandum and order, this action is **DISMISSED** because Defendants are immune from monetary relief. 28 U.S.C. § 1915(e)(2); § 1915A. Since the Court has **CERTIFIED** that any appeal taken from this order would not be taken in good faith, if Plaintiff files a notice of appeal, he should submit either the total appellate filing fee of $505.00 or a motion to proceed *in forma pauperis*, along with his affidavit of indigency and a six-month certified copy of his inmate trust account statement.

**SO ORDERED.**

_____
LEON JORDAN
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
 s/ *Debra C. Poplin*
CLERK OF COURT